Decision Per Curiam.

---

W. S. Bullock as Trustee, Appellant, vs. Nancy C. McCarthy, Appellee.

Appeal from Circuit Court, Marion county; William A. Hocker Judge.

*R. A. Burford,* for Appellant.

*Jno. G. Reardon,* for Appellee.

Memorandum Decisions.

.The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Decree affirmed.

Decision Per Curiam.